IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS GUERRERO-ELENES,<br>Defendant. | Case No. 07-cr-00645-MMC-6<br><br>**RELATED CASE ORDER**<br>Re: Dkt. No. 668 |

A Notice of Related Case in a Criminal Action has been filed stating that the following cases are related within the meaning of Crim. L.R. 8-1:

**CR 07-0645-06 MMC**      **United States v. Carlos Guerrero-Elenes**

**CR 16-0469 PJH**            **United States v. Carlos Guerrero-Elenes**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[   ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[   ]   ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ X ]   ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) before a district court judge are vacated and must be renoticed for

hearing before the undersigned.

**IT IS SO ORDERED.**

Dated: November 28, 2016

_____
MAXINE M. CHESNEY
United States District Judge