EDWIN PRATHER, CABN 190536
MAX MIZONO, CABN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
CARLOS GUERRERO-ELENES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GUERRERO-ELENES,<br><br>Defendant. | Case No.: CR 16-0469 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF JUNE 7, 2017 HEARING** |

This matter is currently set for a status/possible change of plea hearing on June 7, 2017. The defense is on track to resolve this matter by way of an open plea. However, the defense requires additional time to resolve additional and necessary issues prior to the entry of a plea and to that end has submitted a request to and through the Criminal Justice Act Coordinator for the appointment of an expert. Defense counsel awaits approval of that request and will need additional time for the expert to complete his work on the defendant's case.

Based on the foregoing, defense counsel requests, the government agrees, and the parties jointly stipulate that the hearing in this matter should be continued to August 30, 2017,

at 2:15 p.m., to allow for the effective preparation of counsel. The parties further agree and stipulate that the time from June 7, 2017, through and including August 30, 2017, may be time excluded from the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Sections 3161(b), (h)(7)(A), (h)(7)(B)(iv).

Additionaly, the parties request and stipulate that the supervised release matter, CR 07-0645 MMC, that is trailing this case, also be continued to August 30, 2017.

SO STIPULATED.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

Dated: June 1, 2017          _____/s/_____
                             SAMANTHA SCHOTT
                             Special Assistant United States Attorney


Dated: June 1, 2017          _____/s/_____
                             EDWIN PRATHER
                             PRATHER LAW OFFICES
                             Attorneys for Defendant
                             CARLOS GUERRERO-ELENES

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the status/possible change of plea hearing on June 7, 2017, be continued to August 30, 2017, at 2:15 p.m. The time from June 7, 2017, through and including August 30, 2017, shall be time excluded from the Speedy Trial Act, in order to ensure the reasonable time necessary for effective preparation and continunity of counsel, pursuant to Title 18, United States Code Sections 3161(b), (h)(7)(A), (h)(7)(B)(iv). The supervised release matter, CR 07-0645 MMC, currently set for June 7, 2017, shall also be continued to August 30, 2017, at 2:15 pm.

Dated: June 2, 2017

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES SENIOR DISTRICT JUDGE